Clifford S. TUROCY, Claimant–
Appellant,

v.

Anthony J. PRINCIPI, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 04–7072.

United States Court of Appeals,
Federal Circuit.

May 25, 2004.

J. Reid Prouty, Principal Attorney, William F. Ryan, David M. Cohen, of Counsel, Department of Justice, Washington, DC, for Respondent–Appellee.

Kenneth M. Carpenter, Principal Attorney, Carpenter, Chartered, Topeka, KS, for Claimant–Appellant.

*ORDER*

Upon consideration of Clifford S. Turocy's unopposed motion to voluntarily dismiss his appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

(3) All remaining motions are moot.

Susan Q. GREB, Petitioner,

v.

OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.

No. 04–3151.

United States Court of Appeals,
Federal Circuit.

May 27, 2004.

Franklin E. White, Jr., Principal Attorney, David M. Cohen, Margaret E. McGhee, of Counsel, Department of Justice, Washington, DC, for Respondent.

Susan Q. Greb, of Counsel, Ocean, NJ, pro se.

**ORDER**

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.